UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELA DIANE NEWNAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.:   15-cv-661-W |
| v. | ) |
| | ) |
| | ) |
| PROGRESSIVE NORTHERN | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiff, Angela Diane Newnam, and Defendant, Progressive Northern Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 17th day of December 2015.

| | |
|---|---|
| s/ Gary C. Bachman | /s Brad L. Roberson |
| *(Signed by Filing Attorney With Permission of Attorney)* | Brad L. Roberson, OBA No. 18819 |
| Gary C. Bachman, OBA No. 400 | PIGNATO, COOPER, KOLKER & ROBERSON, P.C. |
| Stephen D. Bachman, OBA No. 14030 | Robinson Renaissance |
| Bryan G. Garrett, OBA No. 17866 | 119 North Robinson Avenue, 11th Floor |
| HOLLOWAY, DOBSON & BACHMAN, P.L.L.C. | Oklahoma City, Oklahoma 73102 |
| 211 North Robinson | Telephone:   405-606-3333 |
| Oklahoma City, Oklahoma 73102 | Facsimile:   405-606-3334 |
| Telephone:   405-235-8593 | **ATTORNEYS FOR DEFENDANT** |
| Facsimile:   405-235-1707 | |
| **ATTORNEYS FOR PLAINTIFF** | |